UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
U.S. COMMODITY FUTURES TRADING
COMMISSION,
                Plaintiff,
-against-

VITO NAPOLETANO, et al.,
                Defendant.
------------------------------------------------------------x

ORDER
03 CV 9125 (GBD)
03 CV 9127 (GBD)
03 CV 9128 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 28 2008

GEORGE B. DANIELS, District Judge:

      The Court granted plaintiff's motion to lift the stay to allow defendant Vito Napoletano twenty-days in which to file answers to plaintiff's complaints. Following the expiration of this twenty-day period, plaintiff moved for default. Shortly thereafter, defendant, acting *pro se*, interposed an answer in all three actions. Since defendant has indicated his readiness to defend himself *pro se* and since plaintiff was not been prejudice by the defendant's delay, plaintiff's motions for default are denied.

Dated: New York, New York
       March 28, 2008

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge