UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



U.S. COMMODITY FUTURES TRADING
COMMISSION,

                                        Plaintiff,

                v.

MADISON DEANE & ASSOCIATES, INC., et al.,

                                        Defendant.

ORDER

03 Civ. 9128 (GBD)

GEORGE B. DANIELS, District Judge.

        The Clerk of the Court is directed to close the above captioned matter.


Dated: September 29, 2011
        New York, New York


                        SO ORDERED.


                        George B. Daniels
                        GEORGE B. DANIELS
                        UNITED STATES DISTRICT JUDGE